**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BENJAMIN L. EAGLE**                                                                              **PETITIONER**

v.                              **CASE NO. 5:12CV00444 KGB/BD**

**DAVID EBERHARD, Director,**
**Arkansas Department of Community Correction**                          **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, Benjamin L. Eagle's 28 U.S.C. § 2254 petition for writ of habeas corpus is denied and dismissed with prejudice (Dkt. No. 4).

IT IS SO ORDERED, this 4th day of October, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE